UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILLSDALE SHELL,<br><br>    Plaintiff,<br><br>    v.<br><br>SHELL OIL COMPANY, a corporation; EQUILON ENTERPRISES, LLC, a limited liability company; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.  CV 08 04190 PJH<br><br>~~[PROPOSED]~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND REFER MATTER FOR SETTLEMENT CONFERENCE<br><br>Complaint Filed:  May 16, 2008<br><br>CMC Scheduled: December 11, 2008<br>Time:          2:30 p.m.<br>Judge:         Hon. Phyllis J. Hamilton<br>Ct. Rm.        3 |

The parties having filed a Joint Motion to Stipulation For Referral To Settlement Conference And Joint Motion To Continue Case Management Conference, and GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that:

This matter is referred to __Judge Spero__ for a Settlement Conference to be heard on or before __Mar. 12, 2009__, and it is further ordered that,

The Case Management Conference currently set for December 11, 2008 is hereby continued to __Mar. 19, 2009__.

Dated:        December __5__, 2008

By: _____
    U.S. _____ JUDGE

*IT IS SO ORDERED*
/s/ Judge Phyllis J. Hamilton

-1-                                                CV 08 04190 PJH
[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND REFER MATTER FOR SETTLEMENT CONFERENCE